STATE OF NEW JERSEY v. SAMMY J. LAWSON.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. SCOTT SAY.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN CLAYTON.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FORREST COVIN.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN BERNARD SPRINGS.

November 21, 1983.

Petition for certification denied.